IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY JOHNSON ) | CASE NO. 1:03 CV 2509 |
| ) | |
| Petitioner ) | |
| ) | |
| -vs- ) | MEMORANDUM OF OPINION AND |
| ) | ORDER ADOPTING THE REPORT AND |
| MARGARET BRADSHAW, Warden ) | RECOMMENDATION AND DISMISSING |
| ) | PETITION FOR WRIT OF HABEAS |
| Respondent ) | CORPUS |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Petitioner Anthony Johnson filed his petition for writ of habeas corpus on 8 December 2003.   (Docket # 1).  The Court referred this matter to United States Magistrate Judge William H. Baughman, Jr. to file a report and recommendation. (Docket # 7).  Magistrate Judge Baughman filed his report and recommendation on 27 July 2006, recommending that the Court dismiss and/or deny Johnson's amended petition for the writ of habeas corpus. (Document #33).

None of the parties have objected to the Magistrate Judge's report and recommendation.  Therefore, it must be assumed that the parties are satisfied with it. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  See Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters,

638 F.2d 947 (6th Cir. 1981).  Accordingly, the Magistrate Judge's recommendation is adopted, and petitioner's petition for writ of habeas corpus is dismissed with prejudice.

    IT IS SO ORDERED.

                                          /s/Lesley Wells
                                       UNITED STATES DISTRICT JUDGE

Dated: 13 October 2006